AO 93 (Rev. 5/85) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>8/22/2007 | DATE AND TIME WARRANT EXECUTED<br>8/22/2007 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

**INVENTORY MADE IN PRESENCE OF**
SAs Paul T. Miller / John W. Canning

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**
1 Gateway Laptop Computer RT006981001288, 1 Nextel cell phone H94XAKGLR4AN, 1 GB Lexar Micro SD, 64 MB Sandisk Micro SD, Western Digital External Hard Drive, 1 GB Lexar Thumbdrive, 1 GB Verbatim thumbdrive, 3 CD's (compact disks), 3.5 inch floppy disk, 1 Voice recorder.

( nothing follows )

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U. S. Judge or Magistrate Judge          Date   August 22, 2007